UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20 CR 699 RLW / NAB |
| | ) | |
| | ) | |
| JACKIE MATTHEWS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER SUSTAINING SECOND MOTION TO TRAVEL**

Without objection by the United States or the Pretrial Services Office,

**IT IS HEREBY ORDERED** that the motion of defendant Jackie Matthews for leave to travel outside this judicial district for employment purposes (Doc. 43) **is sustained. Defendant must provide his itinerary and contact information for travel and advise the Pretrial Services Officer when he leaves and returns to this judicial district.**


　　　　　　　　　　　　　　　　　　　　　　　　　/S/    David D. Noce
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on November 7, 2021.